■ WILLIE MAE WASHINGTON, Appellant, v ROCHESTER-GENESEE REGIONAL TRANSPORTATION AUTHORITY et al., Respondents. [621 NYS2d 1006] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Frazee, J. (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Serious Injury.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ SIBLEY MORTGAGE CORPORATION, Appellant, v DANIEL L. SOBOTKA et al., Defendants. (Action No. 1.) SIBLEY MORTGAGE CORPORATION, Appellant, v WALTER P. SHEEHAN et al., Defendants. (Action No. 2.) FIRST NATIONAL BANK OF CHICAGO, as TRUSTEE FOR AMERICAN HOUSING TRUST I, Appellant, v ROBERT L. LICARI et al., Defendants. (Action No. 3.) [621 NYS2d 966] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Counsel Fees.) Present—Lawton, J. P., Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BURNEY, Appellant. [621 NYS2d 1007] —Judgment unanimously affirmed. Memorandum: The sentence is neither unduly harsh nor excessive. We have reviewed the contentions of defendant advanced in his supplemental *pro se* brief, and we conclude that, except for his contention that he was denied effective assistance of counsel, those contentions were waived by defendant's guilty plea *(see, People v Gerber,* 182 AD2d 252, *lv denied* 80 NY2d 1026). Finally, we reject the contention of defendant that he was denied effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137, 146-147). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.